|   |   |
|---|---|
| AMY NOELLE PACKER, | No. 1:20-cv-01319-HBK |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) [1] |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. No. 17) |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

The parties filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on July 12, 2021. (Doc. No. 17, "Stipulation"). The Stipulation states the dismissal is *with prejudice* with each party bearing "their own attorney fees, costs, and expenses associated with the action." (*Id.*).

Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (Doc. No. 9).

1

the parties without operation of a court order.  *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*, 637 F. App'x 488 (9th Cir. 2016) (citations omitted).  Here, the parties have signed and dated the Stipulation to dismiss this action.

      Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the parties stipulated dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:   July 13, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE